AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

INSTITUTO MEXICANO DEL SEGURO SOCIAL
    Plaintiff

v.   Civil Action No.   3:20-cv-00099

ZIMMER BIOMET HOLDINGS INC
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:   This case is DISMISSED under forum non conveniens. Defendant Zimmer Biomet Holdings Inc. is ORDERED to agree to accept service in actions brought by IMSS arising from this action in a Mexican court and not contest jurisdiction. Defendant Zimmer Biomet Holdings Inc. is further ORDERED to satisfy a final judgment rendered by a court of Mexico.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty  on  Motion to Dismiss by Defendant

DATE:   1/5/2021

ROBERT TRGOVICH, CLERK OF COURT
by    /s/ S. Kowalsky
*Signature of Clerk or Deputy Clerk*