IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| INSTITUTO MEXICANO DEL SEGURO SOCIAL, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | No. 3:20-cv-00099-DRL-MGG |
| ZIMMER BIOMET HOLDINGS, INC., | |
| Defendant. | |

NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Instituto Mexicano del Seguro Social (IMSS), hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment of the Court entered on January 5, 2021, as docket no. 21 and from the orders referenced in the judgment and in all other respects.

Dated: February 2, 2021

Respectfully submitted,

Maney & González-Félix PC

By: /s/ Mark Maney
Mark Maney
(admitted *pro hac vice*)
712 Main Street, Suite 2100
Houston, Texas 77002
Telephone: 713.806.2500
mmaney@maneylaw.com

ATTORNEYS FOR IMSS