# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 12, 2022

To:   Gary T. Bell
      UNITED STATES DISTRICT COURT
      Northern District of Indiana
      South Bend, IN 46601-0000

|  | |
|---|---|
| No. 21-1224 | INSTITUTO MEXICANO DEL SEGURO SOCIAL, <br> Plaintiff - Appellant <br><br> v. <br><br> ZIMMER BIOMET HOLDINGS, INC., <br> Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:20-cv-00099-DRL-MGG <br> Northern District of Indiana, South Bend Division <br> District Judge Damon R. Leichty | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                          No record to be returned

form name: **c7_Mandate**    (form ID: **135**)